MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00449 WHO |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| TERRANCE REEVES | |
| Defendant. | |

The government and Mr. Reeves have engaged in substantial plea discussions and are prepared to set this matter for a change of plea as to defendant Reeves. The parties jointly request that the Court VACATE the currently-scheduled September 12, 2013 appearance as to defendant Reeves and re-set the matter for a change of plea hearing on October 10, 2013 at 1:30 p.m. before Your Honor.

1    Moreover, the defense continues to investigate aspects of the case that may impact the overall

2 terms and conditions of the plea arrangement, and , thus, the parties jointly stipulate that time

3 should be excluded from September 12, 2013 until October 10, 2013, for effective preparation of

4 defense counsel. The parties represent that granting the continuance was for the reasonable time

5 necessary for effective preparation of defense counsel, taking into account the exercise of due

6 diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

7    The parties also agreed that the ends of justice served by granting such a continuance

8 outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §

9 3161(h)(7)(A).

10    This stipulation does not intent to disturb the currently-set status hearing for defendant Liegl

11 on September 12, 2013.

13 IT IS SO STIPULATED:

                                              MELINDA HAAG
14                                            United States Attorney

15 DATED: September 11, 2013            _____/s/_____
16                                            RANDY LUSKEY
                                              Assistant United States Attorney


19 DATED: September 11, 2013            _____/s/_____
20                                            BEN MCLAUGHLIN
                                              Attorney for Terrance Reeves

STIP. & ORDER EXCL. TIME
CR 13-00449 WHO                    2

IT IS HEREBY ORDERED that the September 12, 2013 status hearing for defendant Reeves is VACATED, the matter is set for change of plea on October 10, 2013 at 1:30 p.m., and time is excluded under the Speedy Trial Act from September 12, 2013 until October 10, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: September 12, 2013



THE HON. WILLIAM H. ORRICK
United States District Court Judge

STIP. & DER EXCL. TIME
CR 13-00449 WHO                             3