RUSSELL J. CLANTON (SBN 152229)
BEN MCLAUGHLIN (SBN205977)
RUSSELL J. CLANTON & ASSOCIATES
791 8th Street, Suite 'R'
Arcata, CA 95521
Tel:    (707) 825-6587
Fax:    (707) 825-6588
Email: rclanton@clantonlaw.com
        bmclaughlin@clantonlaw.com


Attorneys for Defendant:
Terrance Michael Lavelle Reeves

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR13-00449WHO |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| vs. | |
| Terrance Michael Lavelle Reeves, | |
| Defendant. | |

    The Government and Mr. Reeves have engaged in, and continue to engage in, substantial pleas discussions and are likely to resolve this matter by way of a change of plea. However, there is still on-going defense investigation. The parties jointly request that the Court VACATE the currently-scheduled November 14, 2013 appearance as to defendant Reeves and re-set the matter for a change of plea hearing on December 5, 2013, at 1:30 p.m., before Your Honor.

    In light of the foregoing, the parties jointly stipulate that time should be excluded from November 14, 2013 until December 5, 2013. The parties further represent that granting the continuance is for the reasonable time necessary for the effective preparation of defense counsel, taking into consideration the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Furthermore, the parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and defendant Reeves' in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

This stipulation does not intend to any currently set dates for the co-defendant, Nicholas Liegl.

IT IS SO STIPULATED:

DATED: November 13, 2014 _____/s/_____
MR. RANDALL LUSKEY
Assistant United States Attorney


DATED: November 13, 2014 _____/s/_____
MR. BEN MCLAUGHLIN
Attorney for defendant Terrance Reeves

IT IS HEREBY ORDERED that the November 14, 2013 change of plea hearing for defendant Terrance Reeves be VACATED and re-set for change of plea on December 5, 2013, at 1:30 p.m., and that time is excluded under the Speedy Trial Act from November 14, 2013 until December 5, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: November 13, 2013

THE HON. WILLIAM H. ORRICK
United States District Court Judge